IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02438-RPM**

RICHARD A. WUESTE,

                Plaintiff,

v.

STATE OF COLORADO,
ADAMS STATE COLLEGE BOARD OF TRUSTEES,
KATHLEEN ECK, individually,
VICKIE FORD, individually,
TIM BACHICHA, individually,
MARK CAVANAUGH, individually,
PEGGY LAMM, individually,
JEANNIE REESER, individually,
LEROY SALAZAR, individually,
MEYER SALTZMAN, individually,
CHARLES SCOGGIN, individually,

                Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

    **Plaintiff's Motion for Leave to File Surreply to Defendants' Motion to Dismiss First Amended Complaint (Doc. #20) is granted.**

Dated:   May 24, 2006