IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02438-RPM-MJW

RICHARD A. WUESTE,

    Plaintiff,

v.

STATE OF COLORADO,
ADAMS STATE BOARD OF TRUSTEES,
KATHLEEN ECK, individually,
VICKIE FORD, individually,
TIM BACHICHA, individually,
MARK CAVANAUGH, individually,
PEGGY LAMM, individually,
JEANNIE REESER, individually,
LEROY SALAZAR, individually,
MEYER SALTZMAN, individually,
CHARLES SCOGGIN, individually,

_____

**ORDER RE UNOPPOSED MOTION TO AMEND CAPTION**
_____

    THIS MATTER having come before the Court upon Defendants Kathleen Eck, Vickie Ford, Tim Bachicha, Mark Cavanaugh, Peggy Lamm, Jeannie Reeser, Leroy Salazar, Meyer Saltzman, and Charles Scoggin's Unopposed Motion to Amend Caption, and the Court being fully advised in the premises,

    THE COURT HEREBY ORDERS that the State of Colorado and Adams State College Board of Trustees are deleted from the caption in the above matter.

    DATED this 27th day of July, 2006.

                                                     BY THE COURT:

                                                     s/Richard P. Matsch

                                                     _____
                                                     UNITED STATES DISTRICT COURT JUDGE