IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-02438-RPM**

RICHARD A. WUESTE,

        Plaintiff,

v.

KATHLEEN ECK, individually,
VICKIE FORD, individually,
TIM BACHICHA, individually,
MARK CAVANAUGH, individually,
PEGGY LAMM, individually,
JEANNIE REESER, individually,
LEROY SALAZAR, individually,
MEYER SALTZMAN, individually,
CHARLES SCOGGIN, individually,

        Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16.1, it is

ORDERED that a scheduling conference will be held on **September 21, 2006, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed

Scheduling Order shall be submitted directly to chambers by September 14, 2006.

DATED: August 1st, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge