THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02438-RPM

RICHARD A. WUESTE,

    Plaintiff,

v.

KATHLEEN ECK, individually,
VICKIE FORD, individually,
TIM BACHICHA, individually,
MARK CAVANAUGH, individually,
PEGGY LAMM, individually,
JEANNIE REESER, individually,
LEROY SALAZAR, individually,
MEYER SALTZMAN, individually,
CHARLES SCOGGIN, individually,

    Defendants.

_____

### ORDER VACATING SCHEDULING CONFERENCE AND APPLICABLE DEADLINES AS WELL AS TO STAY PROCEEDINGS FOR NINETY DAYS
_____

THIS MATTER having come before the Court upon the parties Joint Stipulated Motion to Vacate Scheduling Conference and Applicable Deadlines, As Well As To Stay Proceedings for Ninety Days, and the Court being fully advised in the premises,

THE COURT HEREBY ORDERS that the Scheduling Conference and all applicable deadlines be vacated, and proceedings stayed for ninety days.

DATED this 15th day of September, 2006.

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge