IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02438-RPM

RICHARD A. WUESTE,

    Plaintiff,

v.

STATE OF COLORADO,
ADAMS STATE BOARD OF TRUSTEES,
KATHLEEN ECK, individually,
VICKIE FORD, individually,
TIM BACHICHA, individually,
MARK CAVANAUGH, individually,
PEGGY LAMM, individually,
JEANNIE REESER, individually,
LEROY SALAZAR, individually,
MEYER SALTZMAN, individually,
CHARLES SCOGGIN, individually,
_____

### ORDER RE JOINT STIPULATED MOTION TO DISMISS INDIVIDUAL DEFENDANTS WITH PREJUDICE
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss Individual Defendants with prejudice, each party to bear his or her own costs and fees, including attorney fees, filed by counsel for the parties, and the Court being fully advised in the premises,

THE COURT HEREBY ORDERS that Defendants Kathleen Eck, Vickie Ford, Tim Bachicha, Mark Cavanaugh, Peggy Lamm, Jeannie Reeser, Leroy Salazar, Meyer Saltzman and

1

Charles Scoggin each be dismissed from this matter with prejudice, the parties each to bear his or her own costs and fees, including attorney fees, in their entirety.

DATED this 3rd day of January 2007.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
UNITED STATES DISTRICT COURT JUDGE